# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00267-CV

**In re Elizabeth Weston**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We also lift our stay of the trial court's May 9, 2022 discovery ruling.

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: May 16, 2022